IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Barbosa, Miguel | Case Number: 07 B 13189 |
|---|---|---|
| | Barbosa, Ana A | Judge: Squires, John H |
| | Printed: 5/6/08 | Filed: 7/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 26, 2008
Confirmed: October 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,800.00 | |
| Secured: | | 7,378.80 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 421.20 |
| Other Funds: | | 0.00 |
| Totals: | 7,800.00 | 7,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 909.20 | 0.00 |
| 2. | Eastern Savings Bank | Secured | 11,324.95 | 5,837.28 |
| 3. | CitiFinancial | Secured | 13,434.91 | 827.70 |
| 4. | HSBC Auto Finance | Secured | 11,564.68 | 713.82 |
| 5. | Eastern Savings Bank | Secured | 11,061.43 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 1,017.13 | 0.00 |
| 7. | CitiFinancial | Unsecured | 2,742.38 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 727.00 | 0.00 |
| 9. | HSBC Auto Finance | Unsecured | 104.41 | 0.00 |
| 10. | Capital One | Unsecured | 965.81 | 0.00 |
| 11. | Fast Cash Advance | Unsecured | 728.99 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 959.87 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 11,548.73 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 553.99 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 1,958.74 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 761.36 | 0.00 |
| 17. | American General Finance | Unsecured | | No Claim Filed |
| 18. | AT&T | Unsecured | | No Claim Filed |
| 19. | Direct Tv | Unsecured | | No Claim Filed |
| 20. | Dish Network | Unsecured | | No Claim Filed |
| 21. | Pay Day Loans | Unsecured | | No Claim Filed |
| 22. | Fast Cash Advance | Unsecured | | No Claim Filed |
| 23. | Orchard Bank | Unsecured | | No Claim Filed |
| 24. | Household Bank FSB | Unsecured | | No Claim Filed |
| 25. | Southwest Credit Systems | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Barbosa, Miguel  
Barbosa, Ana A  
Printed: 5/6/08

Case Number: 07 B 13189  
Judge: Squires, John H  
Filed: 7/24/07

| 26. | Pay Day Loans | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| | | | _____ | _____ |
| | | | $ 70,363.58 | $ 7,378.80 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 421.20 |
| | _____ |
| | $ 421.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____